

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00316-CV

**IN THE INTEREST OF J.F., MINOR CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02694
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed in this appeal on June 9, 2014. On June 9, 2014, appellant's attorney filed a motion for extension of time to file appellant's brief, noting the underlying cause was a ten-day jury trial resulting in an extensive appellate record which counsel needed additional time to review. The motion was granted, extending the deadline to file the brief to June 29, 2014. The order stated, "Because this is an accelerated appeal from an order terminating appellant's parental rights, no further extensions of time will be granted."

On June 29, 2014, appellant's attorney filed a second motion for extension of time to file appellant's brief, again noting the underlying cause was a ten-day jury trial and counsel needed additional time to review the record. The motion was granted, extending the deadline to file the brief to July 6, 2014. The order stated, "No further extensions of time will be considered or granted."

On July 7, 2014, appellant's attorney filed a third motion for extension of time to file appellant's brief, noting for the first time that the clerk's record did not contain the jury charge or the jury's verdict. Appellant's attorney requested that this court order the trial court clerk to file a supplemental clerk's record and to re-set the deadline for the filing of appellant's brief because the record was incomplete. *See* TEX. R. APP. P. 34.5(c)(1) (setting forth proper procedure for requesting supplemental clerk's record).

On July 14, 2014, a supplemental clerk's record was filed in this appeal containing the jury charge and jury verdict. As has been noted in prior orders, because this is an accelerated appeal of the trial court's order terminating appellants' parental rights, Rule 6.2 of the Texas Rules of Judicial Administration mandates that this appeal be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. This mandated deadline cannot be re-set or extended by this court.

Appellant's attorney, Mr. James B. Peplinski, is ORDERED to file appellant's brief in this court no later than July 21, 2014. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED OR CONSIDERED UNDER ANY CIRCUMSTANCE**. If appellant's brief is not filed by the deadline stated in this order, the matter will be referred to a panel of this court to consider whether contempt charges should be brought against Mr. Peplinski for failing to comply with this court's orders.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court